Date: 12/20/2019　　　　　　　　　　Judge: Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　Reporter: FTR
Start: 9:59 am
Finish: 10:01

Civil Action Number: 1:19cv888

Elias Ayala

vs.

Quinns 1776, LLC, et al

Appearances of Counsel for (X) Pltf ( ) Deft
(X) Matter is uncontested
Motion to/for:

#21 – Plaintiff's Motion for Default Judgment

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(X) Taken Under Advisement ( ) Continued to _____

_Affidavit of fees + costs to be submitted w/in 4 weeks_

(X) Report and Recommendation to Follow
( ) Order to Follow