IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELIAS ALAYA )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>QUINN'S 1776, LLC, *et al.*, )<br>      Defendants. ) | Civil Action No. 1:19-cv-888 |

## ORDER

On March 3, 2020, United States Magistrate Judge Michael S. Nachmanoff entered a Report and Recommendation ("Report") in this case, recommending that default judgment be entered against Defendants Quinn's 1776, LLC, Reese Gardner, and Jody Hessler.

Upon consideration of the record and Judge Nachmanoff's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 26).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 21) is **GRANTED**.

It is further **ORDERED** that default judgment is entered against Defendants Quinn's 1776, LLC, Reese Gardner, and Jody Hessler and in favor of Plaintiff Elias Alaya

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

in the amount of $27,733.32, which consists of: (i) $5,724 in overtime compensation; and (ii) $22,009.32 in attorney's fees and costs.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendants Quinn's 1776, LLC, Reese Gardner, and Jody Hessler, and in favor of Plaintiff Elias Alaya. Judgment should be entered in favor of plaintiff and against defendants in the amount of $27,733.32, which consists of: (i) $5,724 in overtime compensation; and (ii) $22,009.32 in attorney's fees and costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, VA
April 22, 2020

/s/
T. S. Ellis, III
United States District Judge