**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Elias Ayala | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-00888-TSE-MSN |
| | ) |
| Quinns 1776, LLC et al | ) |
| | ) |
|    Defendant, | ) |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on April 22, 2020 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Elias Ayala and against the Defendants, Quinn's 1776, LLC, Reese Gardner, and Jody Hessler in the amount of $27,733.32, which consists of: (i) $5,724 in overtime compensation; and (ii) $22,009.32 in attorney's fees and costs.

                                                    FERNANDO GALINDO, CLERK OF COURT

                                                    By:_____/s/_____
                                                          Sade Parker
                                                          Deputy Clerk

Dated: 6/1/2020
Alexandria, Virginia